*Clausen,* with whom *Messrs. J. W. Jamison* and *C. M. Bracelen* were on the brief, for appellee.

---

No. 160. NATIONAL CONTRACTING COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued January 21, 1926. Decided January 25, 1926. *Per Curiam.* Affirmed, without opinion, for lack of any substantial reason for appeal; *Louisville Bedding Co. et al.,* v. *United States,* 269 U. S. 533. *Mr. Raymond M. Hudson* for appellant. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

---

No. 462. HARMAN W. McMAHON *v.* MONTOUR RAILROAD COMPANY. On writ of certiorari to the Supreme Court of the State of Pennsylvania. Argued January 19, 1926. Decided January 25, 1926. *Per Curiam.* Reversed with costs, upon the authority of *Southern Ry. Co.* v. *United States,* 222 U. S. 20; *Texas & Pacific Ry. Co.* v. *Rigsby,* 241 U. S. 33, 37. *Mr. J. Thomas Hoffman,* with whom *Mr. C. D. Scully* was on the brief, for petitioner. *Mr. Don Rose* for respondent

---

No. 164. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD *v.* ALICE C. SHELTON. On writ of certiorari to the County Court of Frio County, State of Texas. Argued January 22, 1926. Decided January 25, 1926. *Per Curiam.* Reversed with costs, upon the authority of *Royal Arcanum* v. *Green,* 237 U. S. 531; *Supreme Lodge, Knights of Pythias* v. *Meyer,* 265 U. S. 30; *Modern Woodmen of America* v. *Mixer,* 267 U. S. 544. *Mr. John H. Bickett, Jr.,* with whom *Messrs. Rufus S. Day, Harry J. Gerrity, Charles H. Bates,* and *L. M. Bickett* were on the brief, for petitioner. No appearance for respondent.